Case No. 08CIV5472   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

---

PLAINTIFF   LORENZ FISCHER-ZERNIN, ET AL.

v.

DEFENDANT   QUINTESS LLC, ET AL.

---

## AFFIDAVIT OF SERVICE

---

Documents Served   SUMMONS, COMPLAINT, CIVIL COVER SHEET, JUDGES RULES

Service On   CLUB HOLDINGS LLC

Address   11101 W. 120TH AVE., #300, BROOMFIELD, CO IN BROOMFIELD COUNTY

Manner of Service   BY LEAVING WITH GLENN SEBERG, VICE-PRESIDENT OF FINANCE FOR CLUB HOLDINGS LLC

Description: white male, 48 yrs old, graying hr, 6', 185 lbs.

Date Served   6/24/08          Time Served   11:45 AM

*Affiant being duly sworn, deposes and says that affiant is over the age of 18 years; that affiant is not a party to this action; and that affiant has duly served the stated documents as described herein.*

Layla Flora
**Process Server's Name**                    **Process Server's Signature**

Subscribed to and sworn before me this 25 day of June, 2008 in Denver County, Colorado.
My commission expires: 6/14/10

Notary Public — Claudia Sanchez, State of Colorado

REF# 7AS13134692