Case No. 08CIV5472    UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF    LORENZ FISCHER-ZERNIN, ET AL.

v.

DEFENDANT    QUINTESS LLC, ET AL.

# AFFIDAVIT OF SERVICE

Documents Served    SUMMONS, COMPLAINT, CIVIL COVER SHEET, JUDGES RULES

Service On    QUINTESS LLC

Address    11101 W. 120TH AVE., #300, BROOMFIELD, CO IN BROOMFIELD COUNTY

Manner of Service    BY LEAVING WITH GLENN SEBERG, VICE-PRESIDENT OF FINANCE FOR QUINTESS LLC

Description: white male, 48 yrs old, graying hr, 6', 185 lbs.

Date Served    6/24/08    Time Served    11:45 AM

*Affiant being duly sworn, deposes and says that affiant is over the age of 18 years; that affiant is not a party to this action; and that affiant has duly served the stated documents as described herein.*

Layla Flora
**Process Server's Name**    **Process Server's Signature**

Subscribed to and sworn before me this
25 day of June, 2008 in
Denver County, Colorado.
My commisssion expires: 6/14/10

Notary Public    REF# 7AS13134691

CLAUDIA SANCHEZ
NOTARY PUBLIC
STATE OF COLORADO