Duval & Stachenfeld LLP
Attorneys for Defendants
By: Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LORENZ FISCHER-ZERNIN,
BRUCE DECKER and
DONALD DUBERSTEIN,

       Plaintiffs,

  -against-

QUINTESS LLC and
CLUB HOLDINGS LLC,

       Defendants.
-------------------------------------------------------- x

**STIPULATION AND ORDER**

08 Civ. 5472 (NRB)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that: (1) the time for defendants Quintess LLC and Club Holdings LLC (the "defendants") to answer or otherwise respond to plaintiffs' Complaint is extended from July 14, 2008 to and including August 14, 2008; and (2) defendants waive any defense under Rule 12(b)(5) of the Federal Rules of Civil Procedure, or other defense alleging insufficiency of service of process. No previous request for an extension has been made.

Dated: New York, New York
July 11, 2008

AKERMAN SENTERFITT LLP

By: _____
Donald N. David, Esq. (DD-5222)
335 Madison Avenue, Suite 2600
New York, New York 10017
Tel. No.: (212) 880-3800

Attorneys for Plaintiffs
Lorenz Fischer-Zernin, Bruce Decker
and Donald Duberstein

DUVAL & STACHENFELD LLP

By: _____
Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

Attorneys for Defendants
Quintess LLC and Club Holdings LLC

SO ORDERED
this 16th day of July, 2008

_____
UNITED STATES DISTRICT JUDGE