UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LORENZ FISCHER-ZERNIN,
BRUCE DECKER and
DONALD DUBERSTEIN,

                Case No.: 08 Civ. 5472 (NRB)

            *Plaintiffs*,

                NOTICE OF DISMISSAL

- against -

QUINTESS LLC and
CLUB HOLDINGS LLC,

            *Defendants*.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that plaintiffs Lorenz Fischer-Zernin, Bruce Decker and Donald Duberstein hereby discontinue the above-captioned action and withdraw the Complaint dated June 17, 2008, without prejudice.

Dated: New York, New York
       August 27, 2008

                              AKERMAN SENTERFITT LLP

                              *Attorneys for Plaintiffs*
                              *Lorenz Fischer-Zernin, Bruce Decker and*
                              *Donald Duberstein*

                By: _____
                              Donald N. David
                              Brian A. Bloom
                              Jordan M. Smith

                              335 Madison Avenue, Suite 2600
                              New York, New York 10017
                              Telephone: (212) 880-3800
                              Facsimile: (212) 880-8965

{NY037123;1}

To:    Allan N. Taffet, Esq. (by hand)
        Duval & Stachenfeld LLP
        *Attorneys for Defendants*
        300 E. 42nd Street
        New York, NY 10017